RECEIVED
FEB - 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VERONICA GREEN | DOCKET NO. 6:14-cv-00033 |
| VERSUS | JUDGE DOHERTY |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative action under sentence four of 42 U.S.C. § 405(g), specifically for the purpose of (1) documenting the date on which the claimant applied for Social Security benefits; (2) documenting the date on which the claimant alleges that she became disabled; (3) reevaluating the claimant's residual functional capacity; and (3) obtaining the testimony of a vocational expert regarding whether there are jobs available in the economy that the claimant can perform.

Lafayette, Louisiana, this 5 day of February, 2015.

Rebecca F. Doherty
United States District Judge